# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAWRENCE D. KING, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 16-0559-CG-C |
| ELAINE KENNEDY PINKNEY, | ) ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated November 21, 2017, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 6th day of March, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE