# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAWRENCE D. KING, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO.: 16-0559-CG-C |
| ELAINE KENNEDY PINKNEY, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Defendant Elaine Kennedy Pinkney's Motion to Dismiss Amended Complaint, (Doc. 26), is due to be, and hereby is, **GRANTED**, and Plaintiff Lawrence D. King's claims are **DISMISSED WITHOUT PREJUDICE**.

**DONE and ORDERED** this 6th day of March, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE